

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Faraj Said; Ghassan Said; Ibrahm Said; Noor Said Enterprises, Inc. (aka Noor Enterprises, Inc.); Budget Collision, Inc.;and National Auto Collision, Inc.  **V.**  AllState Insurance Company; AllState Fire & Casualty Insurance Company; AllState County Mutual Insurance Company; AllState Indemnity Company; and AllState Property & Casualty Insurance Company

Appellate case number:     01-12-00435-CV

Trial court case number:     0979722

Trial court:     165th District Court of Harris County

Date motion filed:     September 11, 2013

Party filing motion:     Appellees

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale_____
                                    ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Radack, Justices Sharp and Massengale

Date:  September 19, 2013_____